UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 LAJOI ZEQUELINE GOFF, and
D-2 MALIK DEQUAN HODO,

    Defendants.

Case:4:22-cr-20491
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 09-21-2022 At 12:07 PM
INDI USA v GOFF, et al (sk)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Possession of a Machinegun
### (18 U.S.C. § 922(o)(1))

**D-1 LAJOI ZEQUELINE GOFF**

On or about August 3, 2022, in the Eastern District of Michigan, Lajoi Goff knowingly possessed a machinegun, that is, a Glock Model 17, 9mm caliber, handgun containing an auto sear, or Glock switch, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## COUNT TWO
## Possession of a Machinegun
## (18 U.S.C. § 922(o)(1))

**D-2 MALIK DEQUAN HODO**

On or about August 3, 2022, in the Eastern District of Michigan, Malik Hodo knowingly possessed a machinegun, that is, a Glock Model 17, 9mm caliber, handgun containing an auto sear, or Glock switch, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture. Pursuant to Fed.R.Cr.P. 32.2(a), the government hereby gives notice to the defendant of its intention to seek forfeiture of all proceeds of the alleged violations, direct or indirect, or property traceable thereto; all property that facilitated the commission of the violations alleged, or property traceable thereto; all

property involved in, or property traceable to, the violations alleged in this Indictment.

**THIS IS A TRUE BILL.**

Dated: September 21, 2022

s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/TIMOTHY M. TURKELSON
TIMOTHY M. TURKELSON (P53748)
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Timothy.turkelson@usdoj.gov

s/ANTHONY P. VANCE
ANTHONY P. VANCE (P61148)
Assistant United States Attorney
Chief, Branch Offices

Case:4:22-cr-20491
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 09-21-2022 At 12:07 PM
INDI USA v GOFF, et al (sk)

**Companion Case information MUST be completed by AU**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov**|
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes       ☑ No | **AUSA's Initials:** TT |

Case Title: USA v. LAJOI GOFF & MALIK DEQUAN HODO

County where offense occurred : Genesee

Check One:    ☑ Felony          ☐ Misdemeanor          ☐ Petty

      X Indictment/____Information --- no prior complaint.
      ____Indictment/____Information --- based upon prior complaint [Case number: _____]
      ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____   Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 21, 2022
Date

s/TIMOTHY TURKELSON
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.                                                    03/11/2013